**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 19, 2011

Lyle W. Cayce
Clerk

No. 11-40046
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAMON DURAN-ESPINOZA,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
No. 5:10-CR-1294-3

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Ramon Duran-Espinoza has moved

for leave to withdraw and has filed a brief in accordance with *Anders v. Califor-*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

*nia*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Duran-Espinoza has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Duran-Espinoza's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Duran-Espinoza's motion for the appointment of new counsel is DENIED.